UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; AMAZEMENT MUSIC; HIP CITY MUSIC, INC.; HIFROST PUBLISHING; WARNER-TAMERLANE PUBLISHING CORP.; COREY FOWLER; CAHRON CHILDS; CHANTI GLEE; RUNWAY STAR MUSIC PUBLISHING,<br><br>Plaintiffs,<br><br>v.<br><br>TEDROS KIFLIT, individual and doing business as ARSIMONA,<br><br>Defendant. | Case No.: 12-CV-00856-LHK<br><br>ORDER VACATING HEARING ON MOTION FOR DEFAULT JUDGMENT |

Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument. Accordingly, the hearing set for October 4, 2012, is hereby VACATED.

Dated: October 1, 2012

_____
LUCY H. KOH
United States District Judge